### NORWALK MUNICIPAL COURT
45 N. Linwood Ave
Norwalk, Ohio 44857

\* \* \* \* \* \* \* \* \* \* \*

TO:  The following named defendant:

Plaintiff(s)                                                  :    Case CVF 1201806
ROBERT HANLINE

843 NEW STATE ROAD                                           :
NORWALK OH 44857

Henkel, Jeremy

                      VS                         :    SUMMONS IN
                                                     CIVIL ACTION
Defendant                                                    :    (Rule 4 and 9)
UNITED AIR LINES INC
C/O THE PRENTICE-HALL CORP
50 WEST BROAD ST SUITE 1800                                  :    Date: Nov 30, 2012
Columbus Oh 43215
                     \* \* \* \* \* \* \* \* \* \* \* \*

     You have been named defendant(s) in a complaint filed in the
the above named court by above Plaintiff(s).  A copy of the com-
plaint is attached hereto.

     You are hereby summoned and required to serve upon the plaintiff's
attorney, or upon the plaintiff if he has no attorney of record, a copy
of your answer to this complaint **within twenty-eight (28) days** after
the service of this summons upon you, excluding the date of service.
Your answer must be filed with the Court within three (3) days after the
service of a copy of the answer on the plaintiff's attorney.

     Failure to appear and present a defense to this complaint will
result in a judgment by default being rendered against you for the
relief demanded in the complaint.

Plaintiff's Attorney:
Andrew M Kvochick                          Pamela G. Boss
76 N MULBERRY ST                           Clerk of Court

MANSFIELD OH 44902                         by:_____

Nov 30, 2012                               Lori Kurtz
                                           Deputy Clerk

Exhibit A

FILED
NORWALK MUNICIPAL COURT

2012 NOV 21   A 11: 46

# IN THE MUNICIPAL COURT
## CITY OF NORWALK, OHIO

ROBERT HANLINE
843 New State Road
Norwalk, Ohio 44857

And

JEREMY HENKEL
6501 Red Hook Plaza
St. Thomas, U.S. Virgin Islands 00802

                Plaintiffs,

v.

AMERICAN AIRLINES
c/o C.T. CORPORATION SYSTEM
1300 E 9th ST
Cleveland, Ohio 44114

and

UNITED AIR LINES, INC.
c/o THE PRENTICE-HALL
CORPORATION SYSTEM, INC.
50 West Broad Street Suite 1800
Columbus, Ohio 43215

and

AIR CANADA
Legal Department
7373 Cote Vertu West
St. Laurent, Quebec H4Y 1H4

                Defendants.

CASE NUMBER: CVF1201806

Judge John S. Ridge

**COMPLAINT**

For their Complaint against the Defendants, Plaintiffs Robert Hanline and Jeremy Henkel, state as follows:

### FACTS COMMON TO ALL COUNTS

1. Plaintiff Hanline is a natural person residing in Huron County, Ohio.

2. Plaintiff Henkel is a natural person residing in St. Thomas, U.S. Virgin Islands.

3. Defendant American Airlines, Inc., is a Delaware corporation operating and transacting business in State of Ohio.

4. Defendant United Air Lines, Inc., is a Delaware corporation operating and transacting business in State of Ohio.

5. Defendant Air Canada is a Canadian corporation operating and transacting business in State of Ohio.

6. This court is the appropriate venue pursuant to Ohio law including but not limited to Ohio Civ. R. 3 and/or Ohio Civ. R. 4.3.

7. On June 20, 2012, Plaintiff Hanline commissioned an itinerary from his travel agent to travel to St. Thomas in the U.S. Virgin Islands for approximately one (1) week and then, from there, to a fishing camp in the Arctic Circle.

8. Plaintiff Hanline's travel agent identified a route from St. Thomas to Miami, Florida, ("Miami") on an American Airlines flight (the "St. Thomas-Miami Flight"); from Miami to Toronto, Ontario, Canada, ("Toronto") on an Air Canada flight (the "Miami-Toronto Flight"); from Toronto to Calgary, Alberta, Canada, ("Calgary") on an Air Canada flight (the "Toronto-Calgary Flight"); from Calgary to Yellowknife, Northwest Territories, Canada ("Yellowknife") on an Air Canada flight (the "Calgary-Yellowknife Flight") (all

2

flights referred to as the "Flights"). See Exhibits A & B. From Yellowknife, Plaintiffs would take a chartered flight to the Arctic Circle (the "Chartered Flight").

9.  Once Plaintiffs' route was determined, Plaintiff Hanline and Plaintiff Henkel purchased first-class tickets from the Defendants for the Flights.

10. Plaintiffs arrived and boarded Defendant American Airlines' aircraft in St. Thomas on July 1, 2012, well before the scheduled take-off.

11. Plaintiffs delivered luggage, including fishing equipment, clothing, and other supplies, to Defendant American Airlines for timely transportation to Yellowknife.

## COUNT ONE

12. The Plaintiffs restate the foregoing as though alleged herein.

13. Due to alleged mechanical problems with the aircraft, Defendant American Airlines failed to cause the St. Thomas-Miami Flight to depart on July 1, 2012, at 9:10AM local time, which was the agreed upon time.

14. Upon arrival in Miami, Plaintiffs were already too late to board the Miami-Toronto Flight.

15. Defendant American Airlines rerouted Plaintiffs via another American Airlines flight to Houston, Texas (the "Miami-Houston Flight"). There, Plaintiff was to take a flight operated by Defendant United Airlines to Calgary (the "Houston-Calgary Flight") in time to board the original Calgary-Yellowknife Flight.

16. Defendant American Airlines placed Plaintiff in economy seating on the Miami-Houston Flight and the Houston-Calgary Flight, and declined a specific request for comparable, first-class seating on both the Miami-Houston Flight and the Houston-Calgary Flight.

3

17. Said non-comparable seating was in breach of the contract of carriage between the Plaintiffs and the Defendants.

18. In Houston, Defendant United Air Lines refused to allow the Plaintiffs to have first-class seating, in breach of said Defendant's duties under the contract of carriage between the Plaintiffs and the Defendants, until Plaintiff Hanline purchased upgraded, first-class tickets from Defendant United Airlines for the Houston-Calgary Flight at a cost of $3,602 per ticket. See Exhibit C.

19. The Plaintiffs' purchase of first-class tickets obligated Defendant American Airlines to provide first-class air travel from St. Thomas to Miami and first-class seating on the subsequent flights.

20. Defendants are jointly and individually liable, under state, federal, and/or international law, to reimburse Plaintiffs for the cost of the upgrades demanded by the Defendants to actually acquire seating comparable to the previously-agreed upon seating.

## COUNT TWO

21. The Plaintiffs restate the foregoing as though alleged herein.

22. Pursuant to the tickets for carriage, Defendants were also required to diligently deliver the Plaintiffs' luggage to their destination in Yellowknife, Northwest Territories, Canada.

23. Upon arrival in Yellowknife, Northwest Territories, Canada, Plaintiff Jeremy Henkel learned that the Defendants had lost his luggage.

24. In order to timely board the Chartered Flight to the Arctic Circle, Plaintiff Henkel was forced to purchase new clothing, fishing supplies, and other items for a cost of over $1,000.

4

25. Defendants are jointly and individually liable, under state, federal, and/or international law, for the money spent to buy replacement equipment and supplies.

WHEREFORE, the Plaintiff demands the following relief:

26. Damages exceeding $8,204 to be proved at trial;

27. For costs of suit and reasonable attorneys' fees; and,

28. For any other relief in law or equity that this Court may deem just and proper.

Respectfully Submitted,

WELDON, HUSTON & KEYSER, L.L.P.

By:

Andrew M. Kvochick (0082396)
WELDON, HUSTON, & KEYSER, LLP
76 N. Mulberry St.
Mansfield, OH 44902
Phone: 419-524-9811
Fax:    419-522-5758
Email: akvochick@whkmansfield.com

*Attorneys for Plaintiffs Robert Hanline and Jeremy Henkel*

5

# EXHIBIT A



4201 MILAN RD
SANDUSKY, OH, 44870-5835
Tel: 419 625-5831

HANELINE
PO BOX 494
SHELBY, OH 44875-0494

Trip / Ref #: 491551
Consultant: MILLER, CHRISTY
cmiller@aaaohio.com

Date: 20JUN12

## STATEMENT

PASSENGER(S)
ROBERT S HANLINE

| FLIGHT | FRIDAY 22JUN12 | | | Confirmation # G9V9F8 |
|---|---|---|---|---|
| | Airline | DELTA AIRLINES | Depart Date | 22JUN12 |
| | Flight Number | 5594 | Depart Time | 9:42am |
| | Number of Stops | NONSTOP | Depart City | CLEVELAND-HOPKINS |
| | Class of Service | FIRST CLASS | | |
| | Status | Confirmed | | |
| | Seating | Airport check-in | Arrival Date | 22JUN12 |
| | Aircraft Equipment | CR9 | Arrival Time | 11:23am |
| | Miles | 554 | Arrival City | ATLANTA |
| | Flying Time | 1:41 | | |

FLIGHT 5594 OPERATED BY EXPRESSJET DBA DELTA CON

| FLIGHT | FRIDAY 22JUN12 | | | Confirmation # G9V9F8 |
|---|---|---|---|---|
| | Airline | DELTA AIRLINES | Depart Date | 22JUN12 |
| | Flight Number | 677 | Depart Time | 12:05pm |
| | Number of Stops | NONSTOP | Depart City | ATLANTA |
| | Class of Service | BUSINESS CLASS | | |
| | Status | Confirmed | | |
| | Seating | Airport check-in | Arrival Date | 22JUN12 |
| | Aircraft Equipment | 757 | Arrival Time | 3:48pm |
| | Miles | 1599 | Arrival City | ST THOMAS USVI |
| | Flying Time | 3:43 | | |
| | Meals | LUNCH | | |

| FLIGHT | SUNDAY 01JUL12 | | | Confirmation # CSDCRI |
|---|---|---|---|---|
| | Airline | AMERICAN AIRLINES | Depart Date | 01JUL12 |
| | Flight Number | 840 | Depart Time | 9:10am |
| | Number of Stops | NONSTOP | Depart City | ST THOMAS USVI |
| | Class of Service | BUSINESS CLASS | | |
| | Status | Confirmed | | |
| | Seating | Airport check-in | Arrival Date | 01JUL12 |
| | Aircraft Equipment | 757 | Arrival Time | 12:00pm |
| | Miles | 1107 | Arrival City | MIAMI INTL |
| | Flying Time | 2:50 | | |
| | Meals | CONTINENTAL BREAKFAST | | |



HANELINE                        Trip / Ref #: 491551                Page: 2

# STATEMENT

| FLIGHT | SUNDAY 01JUL12 | | | Confirmation # LB7JXA |
|---|---|---|---|---|
| | Airline | AIR CANADA | Depart Date | 01JUL12 |
| | Flight Number | 917 | Depart Time | 1:30pm |
| | Number of Stops | NONSTOP | Depart City | MIAMI INTL |
| | Class of Service | FIRST CLASS | | |
| | Status | Confirmed | | |
| | Seating | Airport check-in | Arrival Date | 01JUL12 |
| | Aircraft Equipment | E90 | Arrival Time | 4:40pm |
| | Miles | 1234 | Arrival City | TORONTO-PEARSON |
| | Flying Time | 3:10 | | |

| FLIGHT | SUNDAY 01JUL12 | | | Confirmation # LB7JXA |
|---|---|---|---|---|
| | Airline | AIR CANADA | Depart Date | 01JUL12 |
| | Flight Number | 133 | Depart Time | 6:00pm |
| | Number of Stops | NONSTOP | Depart City | TORONTO-PEARSON |
| | Class of Service | FIRST CLASS | | |
| | Status | Confirmed | | |
| | Seating | Airport check-in | Arrival Date | 01JUL12 |
| | Aircraft Equipment | 319 | Arrival Time | 8:10pm |
| | Miles | 1676 | Arrival City | CALGARY |
| | Flying Time | 4:10 | | |

| FLIGHT | SUNDAY 01JUL12 - MONDAY 02JUL12 | | | Confirmation # LB7JXA |
|---|---|---|---|---|
| | Airline | AIR CANADA | Depart Date | 01JUL12 |
| | Flight Number | 8223 | Depart Time | 10:20pm |
| | Number of Stops | NONSTOP | Depart City | CALGARY |
| | Class of Service | COACH | | |
| | Status | Confirmed | | |
| | Seating | Airport check-in | Arrival Date | 02JUL12 |
| | Aircraft Equipment | CRJ | Arrival Time | 12:23am |
| | Miles | 785 | Arrival City | YELLOWKNIFE |
| | Flying Time | 2:03 | | |

FLIGHT 8223 OPERATED BY AIR CANADA EXPRESS JAZ



HANELINE          Trip / Ref #: 491551          Page: 3

## STATEMENT

**HOTEL      SUNDAY 01JUL12 - MONDAY 02JUL12**                    Confirmation Number 147329006

| | | | |
|---|---|---|---|
| **Hotel Chain** | Ihotelier | **Arrival Date** | 01JUL12 |
| **Hotel Name** | CHATEAU NOVA | **Arrival Time** | 3:00pm |
| **Address** | 4401 50TH ST | | |
| **City** | YELLOWKNIFE NT | | |
| **Zip** | X1A 2N2 | | |
| **Country** | CA | | |
| **Phone** | 1-867-8739700 | | |
| **Number of Nights** | 1 | **Depart Date** | 02JUL12 |
| **Number of Rooms** | 1 | **Depart Time** | 11:00am |
| **Room Type** | NONSMOKING 1 QUEEN | | |
| **Num Adults** | 1 | | |
| **Rate Type** | DAILY | | |
| **Rate** | 155.00CAD | | |
| **Guar** | Guaranteed | | |
| **Guaranteed By** | GUARANTEED ON AX**********7005EXP1115 | | |

Discount Applied: AAA- YES    Senior- NO    Corporate- NO  Other-NO
I have been advised to show my AAA card at check in.
The above rate does NOT include tax, additional Tax Percentage:162.75CAD
Any surcharges are subject to be charged by hotel(s) and are NOT included (Subject to change).
Rate change during stay:NO
Deposit Required:  NO
        If yes, amount: NONE
Cancellation Policy:CANCEL BY 300PM DAY OF ARRIVAL TO AVOID BILLING TO CC IF NEED TO CANCEL.
I have been advised hotels require credit card imprint at check in for incidentals.
Special Request (Not Guaranteed):NO
Age Restrictions:21

I have been advised that I must show a government issued photo ID at check-in.
Proof of U.S. citizenship required:NO
For travel outside the United States a passport may be required, please check
www.travel.state.gov for the most current requirements, as requirements change often.
I have been advised rates may vary based on rate of exchange for international bookings.



HANELINE                    Trip / Ref #: 491551                    Page: 4

# STATEMENT

**HOTEL    MONDAY 09JUL12 - TUESDAY 10JUL12**                    Confirmation Number 147328998

| | | | |
|---|---|---|---|
| Hotel Chain | Ihotelier | Arrival Date | 09JUL12 |
| Hotel Name | CHATEAU NOVA | Arrival Time | 3:00pm |
| Address | 4401 50TH ST | | |
| City | YELLOWKNIFE NT | | |
| Zip | X1A 2N2 | | |
| Country | CA | | |
| Phone | 1-867-8739700 | | |
| Number of Nights | 1 | Depart Date | 10JUL12 |
| Number of Rooms | 1 | Depart Time | 12:00pm |
| Room Type | NONSMOKING 1 QUEEN | | |
| Num Adults | 1 | | |
| Rate Type | DAILY | | |
| Rate | 155.00CAD | | |
| Guar | Guaranteed | | |
| Guaranteed By | GUARANTEED ON AX***********7005EXP1115 | | |

**FLIGHT    TUESDAY 10JUL12**                    Confirmation # LB7JXA

| | | | |
|---|---|---|---|
| Airline | AIR CANADA | Depart Date | 10JUL12 |
| Flight Number | 8222 | Depart Time | 6:00am |
| Number of Stops | NONSTOP | Depart City | YELLOWKNIFE |
| Class of Service | COACH | | |
| Status | Confirmed | | |
| Seating | Airport check-in | Arrival Date | 10JUL12 |
| Aircraft Equipment | CRJ | Arrival Time | 8:06am |
| Miles | 785 | Arrival City | CALGARY |
| Flying Time | 2:06 | | |

FLIGHT 8222 OPERATED BY AIR CANADA EXPRESS JAZ

**FLIGHT    TUESDAY 10JUL12**                    Confirmation # LB7JXA

| | | | |
|---|---|---|---|
| Airline | AIR CANADA | Depart Date | 10JUL12 |
| Flight Number | 110 | Depart Time | 10:00am |
| Number of Stops | NONSTOP | Depart City | CALGARY |
| Class of Service | FIRST CLASS | | |
| Status | Confirmed | | |
| Seating | Airport check-in | Arrival Date | 10JUL12 |
| Aircraft Equipment | 320 | Arrival Time | 3:40pm |
| Miles | 1676 | Arrival City | TORONTO-PEARSON |
| Flying Time | 3:40 | | |
| Meals | BREAKFAST | | |



HANELINE                    Trip / Ref #: 491551              Page: 5

## STATEMENT

**FLIGHT      TUESDAY 10JUL12**                                    **Confirmation # U0QBOQ**

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Depart Date | 10JUL12 |
| Flight Number | 4421 | Depart Time | 6:15pm |
| Number of Stops | NONSTOP | Depart City | TORONTO-PEARSON |
| Class of Service | COACH | | |
| Status | Confirmed | | |
| Seating | Airport check-in | Arrival Date | 10JUL12 |
| Aircraft Equipment | ERJ | Arrival Time | 7:19pm |
| Miles | 193 | Arrival City | CLEVELAND-HOPKINS |
| Flying Time | 1:04 | | |

FLIGHT 4421 OPERATED BY EXPRESSJET AIRLINES DBA

Electronic Ticket Issued: YES
  If no, you must present paper ticket at airport
Refund Policy: Nonrefundable
Tickets are nontransferable and name changes are not permitted.
Change Policy:  Any changes must be made prior to the departure date.
These changes would be subject to penalties and any difference in fare.

I accept AAA Ohio Auto Club Travel nonrefundable Protection Plan:   NO
    If yes, see Purchase Contract for details

TRAVEL DOCUMENTATION
If I chose not to provide my birthdate to AAA, I understand that I may be denied boarding by the airline due
to
TSA regulations.
For travel within the United States all passengers age 18 and older must show a
government-issued photo ID.
For travel outside the United States a passport may be required, please check
www.travel.state.gov for the most current requirements, as requirements change often.

I have been advised to check in at all airports 2 hours prior to departure time.
I have been advised that airlines have the right to make schedule changes and  equipment
changes as needed. When this occurs seat assignments are subject to change.
I have been advised to reconfirm flights 24 hours prior to departure with airline and verify
checked baggage charges and restrictions.
Some airlines may offer a discount if baggage fees are pre-paid online when you check in.

For Baggage charges go to mytripandmore.com/baggage.aspx

Airline Phone Number:800-325-2000

I have been advised that AAA Ohio Auto Club strongly recommends payment by credit card.
Special Request (not guaranteed):NO



HANELINE                Trip / Ref #: 491551              Page: 6

## STATEMENT

Electronic Ticket Issued:
    If no, you must present paper ticket at airport
Refund Policy: Nonrefundable
Tickets are nontransferable and name changes are not permitted.
Change Policy:  Any changes must be made prior to the departure date.
These changes would be subject to penalties and any difference in fare.

I accept AAA Ohio Auto Club Travel nonrefundable Protection Plan:
    If yes, see Purchase Contract for details

                    TRAVEL DOCUMENTATION
If I chose not to provide my birthdate to AAA, I understand that I may be denied boarding by the airline due to
TSA regulations.
For travel within the United States all passengers age 16 and older must show a
government-issued photo ID.
For travel outside the United States a passport may be required, please check
www.travel.state.gov for the most current requirements, as requirements change often.

I have been advised to check in at all airports 2 hours prior to departure time.
I have been advised that airlines have the right to make schedule changes and  equipment
changes as needed. When this occurs seat assignments are subject to change.
I have been advised to reconfirm flights 24 hours prior to departure with airline and verify
checked baggage charges and restrictions.
Some airlines may offer a discount if baggage fees are pre-paid online when you check in.

For Baggage charges go to mytripandmore.com/baggage.aspx

Airline Phone Number:

I have been advised that AAA Ohio Auto Club strongly recommends payment by credit card.
Special Request (not guaranteed):

I understand that the airline tickets or air tours (a tour or cruise package that includes airfare sold by
the supplier) I am purchasing are subject to supplemental price increases that may be imposed after the date
of purchase. Post- purchase price increases may be applied due to additional costs imposed by a supplier or
government. I understand and acknowledge that I may be charged additional sums by the supplier to offset
increased fees, fuel surcharges, taxes, fluctuations in foreign exchange markets or any combination thereof.
I hereby consent to any post-purchase price increases and authorize AAA Travel to charge my credit card for
such additional amounts.

## INVOICE

| PRODUCT | DESCRIPTION | SUBTOTAL | TOTAL | PAID | BALANCE | DUE |
|---------|-------------|----------|-------|------|---------|-----|



HANELINE                Trip / Ref #: 491551              Page: 7

## STATEMENT

| FEE | 1 NONREFUNDABLE | 30.00 | 30.00 | 30.00 | 0.00 |
|---|---|---|---|---|---|
| DISCOUNT | 1 PREMIER MEMBERSHIP ' | -30.00 | -30.00 | 30.00 | 0.00 |
| | TOTAL USD | 4266.74 | 4266.74 | 4266.74 | 0.00 |

**PAYMENT SUMMARY**

| OATE | REF # | PAIO BY | PAY METHOO | AMOUNT | |
|---|---|---|---|---|---|
| 08JUN12 | 491551-1 | | VENDOR CREDIT CARD (3783######7005) | 4181.74 | USD |
| 08JUN12 | 491551-2 | | VENDOR CREDIT CARD (3783######7005) | 105.00 | USD |
| 12JUN12 | 491551-3 | RS HANLINECO | CHECK | 0.00 | USD |

I have read and agree to the above information. All of my questions have been
answered to my satisfaction.

_____        _____
Client Signature                        Date

_____        _____
Counselor Signature                     Date

EXHIBIT B



4201 MILAN RD
SANDUSKY, OH, 44870-5835
Tel: 419 625-5831

JEREMY C HENKEL
6501 RED HOOK PLZ STE 201
ST THOMAS, VI 00802-1311

Trip / Ref #: 492689
Consultant: MILLER, CHRISTY
cmiller@aaaohio.com

Date: 13NOV12

## STATEMENT

**PASSENGER(S)**
JEREMY C HENKEL

| FLIGHT | SUNDAY 01JUL12 | | | Confirmation # HFYGBE |
|---|---|---|---|---|
| | Airline | AMERICAN AIRLINES | Depart Date | 01JUL12 |
| | Flight Number | 840 | Depart Time | 9:10am |
| | Number of Stops | NONSTOP | Depart City | ST THOMAS USVI |
| | Class of Service | BUSINESS CLASS | | |
| | Status | Confirmed | | |
| | Seating | 05E | Arrival Date | 01JUL12 |
| | Aircraft Equipment | 757 | Arrival Time | 12:00pm |
| | Miles | 1107 | Arrival City | MIAMI INTL |
| | Flying Time | 2:50 | | |
| | Meals | CONTINENTAL BREAKFAST | | |

| FLIGHT | SUNDAY 01JUL12 | | | Confirmation # LECT7Z |
|---|---|---|---|---|
| | Airline | AIR CANADA | Depart Date | 01JUL12 |
| | Flight Number | 917 | Depart Time | 1:30pm |
| | Number of Stops | NONSTOP | Depart City | MIAMI INTL |
| | Class of Service | FIRST CLASS | | |
| | Status | Confirmed | | |
| | Seating | 01A | Arrival Date | 01JUL12 |
| | Aircraft Equipment | E90 | Arrival Time | 4:40pm |
| | Miles | 1234 | Arrival City | TORONTO-PEARSON |
| | Flying Time | 3:10 | | |

| FLIGHT | SUNDAY 01JUL12 | | | Confirmation # LECT7Z |
|---|---|---|---|---|
| | Airline | AIR CANADA | Depart Date | 01JUL12 |
| | Flight Number | 133 | Depart Time | 6:00pm |
| | Number of Stops | NONSTOP | Depart City | TORONTO-PEARSON |
| | Class of Service | FIRST CLASS | | |
| | Status | Confirmed | | |
| | Seating | 01D | Arrival Date | 01JUL12 |
| | Aircraft Equipment | 319 | Arrival Time | 8:10pm |
| | Miles | 1676 | Arrival City | CALGARY |
| | Flying Time | 4:10 | | |



JEREMY C HENKEL          Trip / Ref #: 492689                    Page: 2

# STATEMENT

| **FLIGHT** | **SUNDAY 01JUL12 - MONDAY 02JUL12** | | | **Confirmation # LECT7Z** |
|---|---|---|---|---|
| | Airline | AIR CANADA | Depart Date | 01JUL12 |
| | Flight Number | 8223 | Depart Time | 10:20pm |
| | Number of Stops | NONSTOP | Depart City | CALGARY |
| | Class of Service | COACH | | |
| | Status | Confirmed | | |
| | Seating | 13C | Arrival Date | 02JUL12 |
| | Aircraft Equipment | CRJ | Arrival Time | 12:23am |
| | Miles | 785 | Arrival City | YELLOWKNIFE |
| | Flying Time | 2:03 | | |

FLIGHT 8223 OPERATED BY AIR CANADA EXPRESS JAZ

| **HOTEL** | **SUNDAY 01JUL12 - MONDAY 02JUL12** | | | **Confirmation Number 147259247** |
|---|---|---|---|---|
| | Hotel Chain | Ihotelier | Arrival Date | 01JUL12 |
| | Hotel Name | CHATEAU NOVA | Arrival Time | 3:00pm |
| | Address | 4401 50TH ST | | |
| | City | YELLOWKNIFE NT | | |
| | Zip | X1A 2N2 | | |
| | Country | CA | | |
| | Phone | 1-867-8739700 | | |
| | Number of Nights | 1 | | |
| | Number of Rooms | 1 | Depart Date | 02JUL12 |
| | Room Type | NONSMOKING 1 QUEEN | Depart Time | 12:00pm |
| | Num Adults | 1 | | |
| | Rate Type | DAILY | | |
| | Rate | 155.00CAD | | |
| | Guar | Guaranteed | | |
| | Guaranteed By | GUARANTEED ON AX***********7005EXP1115 | | |

Discount Applied: AAA-YES    Senior- NO    Corporate- NO    Other-NO
I have been advised to show my AAA card at check in.
The above rate does NOT include tax, additional Tax Percentage:162.75CAD
Any surcharges are subject to be charged by hotel(s) and are NOT included (Subject to change).
Rate change during stay:NO
Deposit Required:  NO
       If yes, amount: NONE
Cancellation Policy:CANCEL BY 300PM DAY OF ARRIVAL TO AVOID PENALTY TO CC IF NEED TO CANCEL
I have been advised hotels require credit card imprint at check in for incidentals.
Special Request (Not Guaranteed):NOSMOKING QUEEN
Age Restrictions:21


I have been advised that I must show a government issued photo ID at check-in.
Proof of U.S. citizenship required:NO
For travel outside the United States a passport may be required, please check
www.travel.state.gov for the most current requirements, as requirements change often.
I have been advised rates may vary based on rate of exchange for international bookings.



JEREMY C HENKEL          Trip / Ref #: 492689          Page: 3 -

# STATEMENT

| HOTEL | MONDAY 09JUL12 - TUESDAY 10JUL12 | | Confirmation Number 147330937 |
|---|---|---|---|
| | Hotel Chain | Ihotelier | Arrival Date | 09JUL12 |
| | Hotel Name | CHATEAU NOVA | Arrival Time | 3:00pm |
| | Address | 4401 50TH ST | | |
| | City | YELLOWKNIFE NT | | |
| | Zip | X1A 2N2 | | |
| | Country | CA | | |
| | Phone | 1-867-8739700 | | |
| | Number of Nights 1 | | | |
| | Number of Rooms 1 | | Depart Date | 10JUL12 |
| | Room Type | NONSMOKING 1 QUEEN | | |
| | Num Adults | 1 | | |
| | Rate Type | DAILY | | |
| | Rate | 155.00CAD | | |
| | Guar | Guaranteed | | |
| | Guaranteed By | GUARANTEED ON AX***********7005EXP1115 | | |

```
Discount Applied: AAA- YES   Senior- NO    Corporate-  NO Other-NO
I have been advised to show my AAA card at check in.
The above rate does NOT include tax, additional Tax Percentage:162.75CAD
Any surcharges are subject to be charged by hotel(s) and are NOT included (Subject to change).
Rate change during stay:NO
Deposit Required: NO
       If yes, amount: NONE
Cancellation Policy:CANCEL BY 300PM DAY OF ARRIVAL TO AVOID BILLING TO CC IF NEED TO CANCEL
I have been advised hotels require credit card imprint at check in for incidentals.
Special Request (Not Guaranteed):NO
Age Restrictions:21
.
I have been advised that I must show a government issued photo ID at check-in.
Proof of U.S. citizenship required:NO
For travel outside the United States a passport may be required, please check
www.travel.state.gov for the most current requirements, as requirements change often.
I have been advised rates may vary based on rate of exchange for international bookings.
```

| FLIGHT | TUESDAY 10JUL12 | | Confirmation # LECT7Z |
|---|---|---|---|
| | Airline | AIR CANADA | Depart Date | 10JUL12 |
| | Flight Number | 8514 | Depart Time | 2:00pm |
| | Number of Stops | NONSTOP | Depart City | YELLOWKNIFE |
| | Class of Service | COACH | | |
| | Status | Confirmed | | |
| | Seating | 03C | Arrival Date | 10JUL12 |
| | Aircraft Equipment | CRJ | Arrival Time | 3:40pm |
| | Miles | 635 | Arrival City | EDMONTON INT'L |
| | Flying Time | 1:40 | | |

```
FLIGHT 8514 OPERATED BY AIR CANADA EXPRESS JAZ
```



JEREMY C HENKEL          Trip / Ref #: 492689                    Page: 4

## STATEMENT

| FLIGHT | TUESDAY 10JUL12 | | Confirmation # GKWTYL |
|---|---|---|---|
| Airline | ALASKA AIRLINES | Depart Date | 10JUL12 |
| Flight Number | 2583 | Depart Time | 6:18pm |
| Number of Stops | NONSTOP | Depart City | EDMONTON INT'L |
| Class of Service | COACH | | |
| Status | Confirmed | | |
| Seating | 20B | Arrival Date | 10JUL12 |
| Aircraft Equipment | DH4 | Arrival Time | 7:19pm |
| Miles | 558 | Arrival City | SEATTLE WA |
| Flying Time | 2:01 | | |

FLIGHT 2583 OPERATED BY HORIZON AIR DBA ALASKA H

| FLIGHT | TUESDAY 10JUL12 - WEDNESDAY 11JUL12 | | Confirmation # HFYGBE |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Depart Date | 10JUL12 |
| Flight Number | 1088 | Depart Time | 9:25pm |
| Number of Stops | NONSTOP | Depart City | SEATTLE WA |
| Class of Service | COACH | | |
| Status | Confirmed | | |
| Seating | 30D | Arrival Date | 11JUL12 |
| Aircraft Equipment | 757 | Arrival Time | 6:15am |
| Miles | 2724 | Arrival City | MIAMI INTL |
| Flying Time | 5:50 | | |

| FLIGHT | WEDNESDAY 11JUL12 | | Confirmation # HFYGBE |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Depart Date | 11JUL12 |
| Flight Number | 645 | Depart Time | 10:10am |
| Number of Stops | NONSTOP | Depart City | MIAMI INTL |
| Class of Service | BUSINESS CLASS | | |
| Status | Confirmed | | |
| Seating | 06E | Arrival Date | 11JUL12 |
| Aircraft Equipment | 757 | Arrival Time | 12:50pm |
| Miles | 1107 | Arrival City | ST THOMAS USVI |
| Flying Time | 2:40 | | |
| Meals | LUNCH | | |

Electronic Ticket Issued: YES
    If no, you must present paper ticket at airport
Refund Policy: Nonrefundable
Tickets are nontransferable and name changes are not permitted.
Change Policy:  Any changes must be made prior to the departure date.
These changes would be subject to penalties and any difference in fare.

I accept AAA Ohio Auto Club Travel nonrefundable Protection Plan:  NO
    If yes, see Purchase Contract for details

                         TRAVEL DOCUMENTATION
If I chose not to provide my birthdate to AAA, I understand that I may be denied boarding by the airline due to
TSA regulations.
For travel within the United States all passengers age 16 and older must show a



JEREMY C HENKEL          Trip / Ref #: 492689                    Page: 5

## STATEMENT

government-issued photo ID.
For travel outside the United States a passport may be required, please check
www.travel.state.gov for the most current requirements, as requirements change often.

I have been advised to check in at all airports 2 hours prior to departure time.
I have been advised that airlines have the right to make schedule changes and  equipment
changes as needed. When this occurs seat assignments are subject to change.
I have been advised to reconfirm flights 24 hours prior to departure with airline and verify
checked baggage charges and restrictions.
Some airlines may offer a discount if baggage fees are pre-paid online when you check in.

For Baggage charges go to mytripandmore.com/baggage.aspx

Airline Phone Number:800-433-7300 AA

I have been advised that AAA Ohio Auto Club strongly recommends payment by credit card.
Special Request (not guaranteed):NO

I understand that the airline tickets or air tours (a tour or cruise package that includes airfare sold by
the supplier) I am purchasing are subject to supplemental price increases that may be imposed after the date
of purchase. Post- purchase price increases may be applied due to additional costs imposed by a supplier or
government. I understand and acknowledge that I may be charged additional sums by the supplier to offset
increased fees, fuel surcharges, taxes, fluctuations in foreign exchange markets or any combination thereof.
I hereby consent to any post-purchase price increases and authorize AAA Travel to charge my credit card for
such additional amounts.

## INVOICE

| PRODUCT | DESCRIPTION | | SUBTOTAL | TOTAL | PAID | BALANCE | DUE |
|---------|-------------|--|----------|-------|------|---------|-----|
| **AMERICAN AIRLINES** | | | | | | | |
| Ticket | 1 BASE FARE | | 2834.30 | 2834.30 | | | |
| | 1 TAX | | 74.70 | 74.70 | | | |
| | | SUBTOTAL | 2909.00 | 2909.00 | 2909.00 | 0.00 | |
| TICKET: 7024330964-65 | | | | | | | |
| FEE | 1 NONREFUNDABLE | | 30.00 | 30.00 | 30.00 | 0.00 | |
| | | TOTAL USD | 2939.00 | 2939.00 | 2939.00 | 0.00 | |

## PAYMENT SUMMARY

| DATE | REF # | PAID BY | PAY METHOD | AMOUNT |
|------|-------|---------|-----------|--------|
| 04JUN12 | 492689-1 | JEREMY C HENKEL | AMERICAN EXPRESS CREDIT CARD (3767######2009) | 30.00  USD |
| 04JUN12 | 492689-1 | JEREMY C HENKEL | DIRECT TO VENDOR (3767######2009) | 2909.00  USD |



JEREMY C HENKEL          Trip / Ref #: 492689          Page: 6

# STATEMENT

THIS INVOICE INCLUDES A NON-REFUNDABLE SERVICE FEE.

TRAVEL PROTECTION PLAN DISCLOSURE NOTICE
I hereby acknowledge that AAA Ohio Automobile Club, hereinafter AAA, has
offered their travel protection plan for my travel arrangements which have
been booked by AAA. AAA has provided me a brochure describing the
insurance coverage as well as the cost. By signing my name below, I
acknowledge that I am waiving the Insurance coverage. Any questions I have
regarding the travel protection plan have been answered to my satisfaction.


I have read and agree to the above information. All of my questions have been
answered to my satisfaction.


Client Signature _____          Date _____

Counselor Signature _____          Date _____
THIS INVOICE INCLUDES A NON-REFUNDABLE SERVICE FEE.
THIS INVOICE INCLUDES A NON-REFUNDABLE SERVICE FEE.



JEREMY C HENKEL             Trip / Ref #: 492689                    Page: 7

# STATEMENT

The AAA Club/AAA Travel Agency (AAA) which has served you offers retail travel services to customers which are provided by separate and independent vendors of travel services. AAA provides you, its customer, with access to these travel services. AAA does not operate, control or otherwise provide the services of the independent travel vendors. Hence customers agrees and understands that AAA is not responsible for any operating failure, loss, damage, delay or injury to you or members of your traveling party, nor for any consequential damages which may result from failures, delays or injuries which arise out of or during your sheduled travel. Customer agrees and understands that AAA is not responsible for any damages, direct or consequential, which may arise as a result of acts of God, social or labor unrest, war, political or national strike, terrorist activities, mechanical failures, climatic conditions or any other actions or omissions beyond AAA's control. Fare, rate, charges, schedules and other aspects of services provided by the independent travel vendors may change with or without notice. Customer agrees and understands that AAA is not responsible for additional collection imposed by these vendors or changes in their operating schedules which reflect the current offering to the general public. Penalty and refund provisions for all transportation agreements shall be those specifically outlined in the carrier and supplier tariffs, both hard Copy and automated, and are fully enforceable to the extent that they are completely disclosed. In the event an airline or travel vendor declares bankruptcy, it is not obligated to carry you or to provide refunds. AAA is not allowed to provide refunds for vendors who have declared bankruptcy. Money given to our agency immediately becomes property of the airline or travel vendor as required by law. If an airline or travel vendor declares bankruptcy, it might continue services or stop completely. Other airlines or travel vendors might provide alternative service under limited circumstances. Your receipt of travel documents and vouchers constitutes your agreement to the foregoing, and your responsibility to convey the same to the members of your traveling party.

# EXHIBIT C

**\*ITINERARY PAGE\***
**\*NOT VALID FOR TRAVEL\*1OF1**

**UNITED** 

HENKEL/JEREMYC

| FROM - TO | AIRLINE | FLT | DATE | TIMES | |
|-----------|---------|-----|------|-------|---|
| HOUSTON BUSH - CALGARY ALTA | UNITED AIRLINES INC | 1468 | 01JUL | DEP 618P | |
| FIRST CLASS | AIRPORT CHECK-IN | | | ARV 937P | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*    ITINERARY    \*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FOR UNITED
RESERVATIONS/INFORMATION
CALL 1-800-UNITED1

THANK YOU FOR CHOOSING UNITED

A STAR ALLIANCE MEMBER ☆

Do not expose to excessive heat or direct sunlight.

STAPLE HERE

PRINTED IN U.S.A. BY HANOVER TICKET AND LABEL CORP., DALLAS TX

**UNITED**KT

PASSENGER RECEIPT 1 OF 1
THIS TICKET SHALL EXPIRE ONE YEAR FROM DATE OF ISSUE

01JUL12                                      US

D702AE9B    /HOUSTON            HENKEL/JEREMYC

HENKEL/JEREMYC                           0    HOUSTON BUSH INTL
**NOT VALID FOR******RETAIN THIS RECEIPT***        UA 1468 F 01JUL  RUA
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY*       CALGARY ALTA.

PVDQMB

/FC 01JUL12HOU UA YYC Q7.50 3338.00RUA USD3345.50END XT2.50AV XF3.00IAH3

USD 3345.50          FP   AXXXXXXXXXXX7005/XXXX/N149011
  US  250.91
  XT    5.50                                    X*******************
USD 3601.91              0 016 2332473025 2    NOT VALID FOR TRAVEL
                                                016 2332473025 2
                                               A STAR ALLIANCE MEMBER ☆

Do not expose to excessive heat or direct sunlight.
STAPLE HERE



**UNITED**

**\*ITINERARY PAGE\***
**\*NOT VALID FOR TRAVEL\*1OF1**

| FROM - TO | AIRLINE | FLT | DATE | TIMES | | HANLINE/ROBERTS |
|---|---|---|---|---|---|---|
| HOUSTON BUSH - CALGARY ALTA | UNITED AIRLINES INC | 1488 | 01JUL | DEP | 618P | ITINERARY |
| FIRST CLASS | AIRPORT CHECK-IN | | | ARV | 937P | |

FOR UNITED
RESERVATIONS/INFORMATION
CALL 1-800-UNITED.
A STAR ALLIANCE MEMBER

THANK YOU FOR CHOOSING UNITED

Do not expose to excessive heat or direct sunlight.

STAPLE
HERE

PRINTED IN U.S.A. BY MANUFEQ TICKET AND LABEL CORP., DALLAS, TX.



**UNITED** **KT**

PASSENGER RECEIPT 1OF1
THIS TICKET SHALL EXPIRE ONE YEAR FROM DATE OF ISSUE

2

01JUL12                US

D702AE9B    /HOUSTON

HANLINE/ROBERTS                                    HANLINE/ROBERTS

HANLINE/ROBERTS                              O

**NOT VALID FOR******RETAIN THIS RECEIPT***          HOUSTON BUSH INTL
**TRANSPORTATION***THROUGHOUT YOUR JOURNEY*        UA 1468 F 01JUL FUA
                                              CALGARY ALTA.

PVDQMB

/FC 01JUL12HOU UA YYC Q7.50 3338.00FUA USD3345.50END XT2.50AV XF3.00IAH3

USD 3345.50           FP  AXXXXXXXXXXXX7805/XXXX/N149011
 US  250.91                                        *******************
 XT    5.50                                        NOT VALID FOR TRAVEL
                     0 016 2332473024 1            016 2332473024 1
USD 3601.91                                        A STAR ALLIANCE MEMBER ✹

STAPLE HERE  Do not expose to excessive heat or direct sunlight.  PRINTED IN U.S.A. BY MAGNETIC TICKET AND LABEL CORP., DALLAS TX



U.S. POSTAGE PITNEY BOWE

ZIP 44857 $ 007.00
02 1W
0001365102 NOV 30 201

CERTIFIED MAIL™

7196 9008 9111 5488 7617

NORWALK MUNICIPAL COURT
45 N LINWOOD AVE.
NORWALK, OH 44857

UNITED AIR LINES INC
C/O THE PRENTICE-HALL CORP
50 WEST BROAD ST  SUITE 1800
COLUMBUS OH 43215